UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. PETER A. CRIST *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CENLAR FSB *et al.*,<br><br>Defendants. | Civil Action No. 23-3448 (MAS) (TJB)<br><br>**ORDER** |

This matter comes before the Court on Defendant Cenlar FSB's ("Cenlar") Motion to Dismiss Plaintiffs Dr. Peter A. Crist and Hilary J. Crist's (collectively, the "Crists") Amended Complaint (ECF No. 6) pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 8.) The Crists opposed (ECF No. 9), and Cenlar replied (ECF No. 10). For the reasons stated in the accompanying Memorandum Opinion and for other good cause shown,

**IT IS** on this 17th day of June 2024, **ORDERED** that:

1. Cenlar's Motion to Dismiss (ECF No. 8) is **GRANTED**.

2. The Crists's Amended Complaint (ECF No. 6) is **DISMISSED WITHOUT PREJUDICE.**

3. The Crists may file a second amended complaint within thirty days from the entry of this Order.

_____
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**